# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STEVE MANIACI,

    Plaintiff,

V.                           CASE NO. 25-10883
                               HON. STEPHEN J. MURPHY, III

BOOSTIFY FINANCIAL
SOLUTIONS, LLC.

    Defendant.
_____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal (ECF No. 4) on April 25, 2025; Accordingly, the above-entitled action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

                                                   s/Stephen J. Murphy, III
                                                   STEPHEN J. MURPHY, III
                                                   United States District Judge

Dated: April 25, 2025